**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000770**
**16-JUL-2026**
**07:49 AM**
**Dkt. 16 ODSD**

NO. CAAP-25-0000770

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DEPARTMENT OF LAND MANAGEMENT OF THE CITY AND COUNTY OF
HONOLULU, THROUGH ITS MANAGING AGENT, HAWAIʻI AFFORDABLE
PROPERTIES, INC., Plaintiff-Appellee,
v.
JACQUELYN HALL, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
ʻEWA DIVISION
(CASE NO. 1DRC-25-0007097)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Leonard and Guidry, JJ.)

Upon review of the record, it appears that:

(1) On February 5, 2026, the appellate clerk entered a notice of default of the statement of jurisdiction and opening brief;

(2) On May 12, 2026, the court granted self-represented Defendant-Appellant Jacquelyn Hall's (**Hall**) February 5, 2026 motion for relief from default and a first

extension of time for the statement or jurisdiction and opening brief, and extended the deadline to file both documents to June 11, 2026; and

(3) Hall failed to file either document or request another extension of time and has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.  Hawaiʻi Rules of Appellate Procedure Rules 12.1(e), 30.

DATED:  Honolulu, Hawaiʻi, July 16, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge